**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE D. ALLRED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-01571-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, FINDING SERVICE OF THE COMPLAINT APPROPRIATE AS TO DEFENDANTS DUROY, JOHNSON, MOSS AND MARTINEZ, DISMISSING ALL OTHER CLAIMS AND DEFENDANTS AND REFERRING THE MATTER BACK TO THE MAGISTRATE JUDGE FOR INITIATION OF SERVICE OF PROCESS<br><br>[ECF Nos. 1, 9] |

Plaintiff Jesse D. Allred is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On May 1, 2017, the Magistrate Judge filed Findings and Recommendations recommending that this action proceed against Defendants Duroy, Johnson, Moss and Martinez for deliberate indifference in violation of the Eighth Amendment, and all other claims and Defendants be dismissed from the action for failure to state a cognizable claim for relief. The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. Over fourteen days have passed and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on May 1, 2017, are adopted in full;

2. This action shall proceed against Defendants Duroy, Johnson, Moss and Martinez for deliberate indifference in violation of the Eighth Amendment;

3. All other claims and Defendants are dismissed from the action for failure to state a cognizable claim for relief; and

4. The matter is referred back the Magistrate Judge for initiation of service of process.

IT IS SO ORDERED.

Dated: **May 24, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE