# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE D. ALLRED,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01571-LJO-SAB (PC)<br><br>ORDER EXTENDING AUGUST 29, 2017 DISCOVERY AND SCHEDULING ORDER TO DEFENDANT MARTINEZ<br><br>[ECF Nos. 19, 31] |

Plaintiff Jesse D. Allred is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants Duroy, Johnson, Moss and Martinez for deliberate indifference in violation of the Eighth Amendment.

On August 28, 2017, Defendants Moss, Duroy and Johnson filed an answer to the complaint. (ECF No. 18.) On August 29, 2017, the Court issued the discovery and scheduling order. (ECF No. 19.)

On December 13, 2017, Defendant Martinez filed an answer to the complaint. Inasmuch as Defendant Martinez has now filed an answer to the complaint, it is HEREBY ORDERED that the August 29, 2017 discovery and scheduling is extended to Defendant Martinez.

IT IS SO ORDERED.

Dated: **January 3, 2018**

UNITED STATES MAGISTRATE JUDGE

1