# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE D. ALLRED, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., <br><br> Defendants. | Case No. 1:16-cv-01571-LJO-SAB (PC) <br><br> ORDER RESCHEDULING SETTLEMENT CONFERENCE FROM MAY 3, 2018 TO **APRIL 17, 2018, AT 9:30 A.M.** |

Plaintiff Jesse D. Allred is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 11, 2018, the Court referred this case to post-screening Alternative Dispute Resolution, stayed the action for 120 days, and set a settlement conference for May 3, 2018, at 9:30 a.m. before United States Magistrate Judge Barbara A. McAuliffe. Due to a conflict on the Court's calendar, the settlement conference in this case is rescheduled to Tuesday, April 17, 2018, at 9:30 a.m. The settlement conference will still occur at the United States District Court, 2500 Tulare Street, Fresno, California, 93721 in Courtroom 8.

///

///

///

1

| | |
|---|---|
| 1 | Accordingly, it is HEREBY ORDERED that the settlement conference is rescheduled from May 3, 2018, to **Tuesday, April 17, 2018, at 9:30 a.m.** before the United States Magistrate Judge Barbara A. McAuliffe.  The settlement statements shall arrive no later than **April 10, 2018**, in accordance with the terms set forth in the Court's January 11, 2018 order.  All other deadlines and obligations shall remain the same. |

IT IS SO ORDERED.

Dated:   **January 16, 2018**

UNITED STATES MAGISTRATE JUDGE