# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE D. ALLRED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | Case No.: 1:16-cv-01571-LJO-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE ON APRIL 17, 2018 AND STAY OF CASE, AND EXTENDING DEADLINES SET FORTH IN THE AUGUST 29, 2017 ORDER<br><br>[ECF Nos. 34, 35, 36] |

Plaintiff Jesse D. Allred is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for a settlement conference on April 17, 2018, before United States Magistrate Judge Barbara A. McAuliffe.

On February 12, 2018, Defendants filed an opt out of the settlement conference and request the Court vacate the settlement conference scheduled for April 17, 2018. Based on Defendants' filing, the Court will vacate the April 17, 2018 settlement conference and extend the deadlines set forth in the August 29, 2017 scheduling order.

///

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference scheduled for April 17, 2018, is VACATED;
2. The deadline to amend the pleadings is extended to **March 28, 2018**;
3. The discovery deadline is extended to **May 28, 2018**; and
4. The dispositive motion is extended to **July 27, 2018**.

IT IS SO ORDERED.

Dated: **February 13, 2018**

UNITED STATES MAGISTRATE JUDGE