# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE D. ALLRED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-01571-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND THE DISPOSITIVE MOTION DEADLINE TO **NOVEMBER 5, 2018**<br><br>[ECF No. 43] |

Plaintiff Jesse D. Allred is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request to extend the dispositive motion deadline, filed October 22, 2018.

Good cause having been demonstrated, the dispositive motion deadline is extended to **November 5, 2018**.

IT IS SO ORDERED.

Dated: __**October 24, 2018**__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1