# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE D. ALLRED,<br><br>        Plaintiff,<br><br>        v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>        Defendants. | Case No.: 1:16-cv-01571-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR DEFENDANTS TO PROVIDE A FREE COPY OF DEPOSITION TRANSCRIPT<br><br>[ECF No. 51] |

Plaintiff Jesse D. Allred is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request for Defendants to provide him a free copy of the deposition transcript, filed January 25, 2019.

Federal Rule of Civil Procedure 30 provides that when paid reasonable charges, the deposition officer must furnish a copy of the transcript or recording to any party or the deponent. Fed. R. Civ. P. 30(f)(3). Similarly, California Code of Civil Procedure section 2025.510(c) provides that the deponent must obtain a copy of any deposition transcripts at his own expense. In addition, there is no statutory requirement for the government to provide a litigant proceeding in forma pauperis with copies of a deposition transcript. See 28 U.S.C. § 1915(d); see also Whittenberg v. Roll, No. 2:04-cv-2313 FCD

JFM, 2006 WL 657381 at *5 (E.D. Cal. Mar. 15, 2006) (denying plaintiff's motion to compel defendant to provide him with a copy of the deposition transcript free of charge).

Plaintiff's motion for a complimentary copy of the deposition transcript must be denied. As stated above, the Court cannot order the court reporter, defense counsel, or defendants, to provide Plaintiff a copy of the deposition transcript free of charge. Plaintiff must obtain the deposition transcript from the officer before whom the deposition was taken on October 6, 2015. See Boston v. Garcia, No. 2:10-cv-1782 KJM DAD, 2013 WL 1165062 at *2 (E.D. Cal. Mar. 20, 2013) (denying plaintiff's request for a court order directing the defendant to provide him with a copy of his deposition transcript). Accordingly, Plaintiff's request a free copy of the deposition transcript is denied. Plaintiff is advised that his opposition to Defendants' motion for summary judgment is presently due on or before February 1, 2019.

IT IS SO ORDERED.

Dated: **January 29, 2019**

UNITED STATES MAGISTRATE JUDGE